McGREGOR W. SCOTT
United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
PATRICK SNYDER,
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8927
    Facsimile: (415) 744-0134
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALBERTO MENDOZA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | No. 2:19-cv-00392-AC<br><br>**PROPOSED ORDER AND STIPULATION TO REMAND PURSUANT TO 42 U.S.C. SECTION 405(g) SENTENCE FOUR** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner has agreed to a voluntary remand of this case for further administrative proceedings, pursuant to *sentence four* of 42 U.S.C. § 405(g).

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new hearing and decision and instruct the ALJ to reevaluate the evidence of record and apply the appropriate regulations for applications filed on or after March 27, 2017. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

As noted, this stipulation constitutes a remand under the *fourth sentence* of Section 205(g) of the Social Security Act. 42 U.S.C. § 405(g).

Respectfully submitted,

Dated: September 17, 2019  McGREGOR W. SCOTT
United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

BY: */s/ Patrick Snyder*
PATRICK SNYDER
Special Assistant U.S. Attorney
Attorneys for Defendant

Dated: September 20, 2019

BY: */s/ Meghan O. Lambert*
MEGHAN O. LAMBERT
Attorneys for Plaintiff

(authorized by email on 9/20)

**ORDER**

Good cause appearing, pursuant to stipulation, IT IS SO ORDERED.

DATE: September 24, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE